### Bobbitt v. Blakemore, et al.

(Decided March 28, 1913.)

Appeal from Lincoln Circuit Court.

Ejectment—Action in—Absence of Bill of Exceptions—Judgment Supported by Pleadings.—In an action in ejectment, the bill of ex-

ceptions having been stricken from the record, the pleadings clearly setting forth the plaintiff's right of recovery and being sufficient to sustain the judgment, it must be affirmed. Under the well known rule of practice nothing is left for determination, in such a case, except whether the judgment is supported by the pleadings.

FONTAINE FOX BOBBITT for appellant.

T. J. HILL for appellees.

OPINION OF THE COURT BY JUDGE TURNER—Affirming.

This is an action in ejectment instituted by appellees against appellant wherein they recovered from him a small tract of about 3½ acres in Lincoln County.

This court, upon motion of appellees, has heretofore stricken out the bill of exceptions appearing in the record, and under the well known rule of practice it leaves nothing for determination except whether the judgment is supported by the pleadings.

It is simply an action in ejectment, and the pleadings clearly and explicitly set forth the plaintiff's right of recovery, and are amply sufficient to sustain the judgment of the circuit court.

Judgment affirmed.